# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DAVID KINSEY, ) | No. CV 03-6815 (CW) |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Adminstration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.


DATED: November 28, 2005


                                    __/s/_____
                                        CARLA M. WOEHRLE
                                    United States Magistrate Judge